# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

RUSSELL MARKS            :

VS                       :     CV205-11
                               Appeal No. 05-15708-A
WARDEN JOSE VASQUEZ      :

## ORDER

The Court of Appeals has dismissed this case for want of prosecution because appellant has failed to pay the filing fees to the district court clerk within the time fixed by the rules of the United States Court of Appeals,

IT IS HEREBY ORDERED that the order of the Eleventh Circuit Court of Appeals is made the order of this Court.

This  22  day of November, 2005.

ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA