UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Brunswick Division



RUSSELL MARKS )
)
vs )
) CASE NUMBER   CV205-11
WARDEN JOSE VASQUEZ )
)

## ORDER

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This 12th day of MAY, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA